UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MARK ANTHONY ADELL,

    Plaintiff,

v.                                                   Case No. 19-C-336

BRIAN FOSTER,
TONIA MOON,
NEVIN WEBSTER, and
J. MUENCHOW,

    Defendants.

## ORDER DISMISSING CASE

Plaintiff Mark Anthony Adell, an inmate currently incarcerated at Waupun Correctional Institution, filed this civil action on March 5, 2019. On March 6, 2019, the Clerk sent a letter to Adell directing him to file within twenty-one days a certified copy of his institutional trust account statement for the six months preceding the filing of the complaint. To date, Adell has not filed this statement. Because it appears that Adell is not diligently prosecuting this action, the case is **DISMISSED without prejudice**. *See* Civil L. R. 41(c). The Clerk is directed to enter judgment accordingly. Adell may provide the required trust account statement and move to have the matter reopened on or before April 24, 2019.

**SO ORDERED** this  3rd  day of April, 2019.

                                             s/ William C. Griesbach
                                             William C. Griesbach, Chief Judge
                                             United States District Court